Form 7A-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**                    **FORM 7A**

| |
|---|
| MAUI AND HECTOR'S DOLPHIN DEFENDERS NZ INC., |
| Plaintiff, |
| v. |
| NATIONAL MARINE FISHERIES SERVICE et al., |
| Defendant. |

Court No. 26-cv-00060-JCG

**NOTICE OF DISMISSAL**

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: 3/17/2026

_Sabrina Devereaux_
Signature of Plaintiff's Attorney

Sabrina Devereaux
Attorney for Plaintiff

Earthjustice
Firm

810 Third Ave., Suite 610
Street Address

Seattle, WA 98104
City, State and Zip Code

206-343-7340

Telephone Number

sdevereaux@earthjustice.org
E-mail Address

Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: _____            Clerk, U. S. Court of International Trade

By: _____
Deputy Clerk

Form 7A-2

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| 1:26-cv-00060-JCG | Maui and Hector's Dolphin Defenders NZ Inc. |

Order of Dismissal

This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: _____

Clerk, U. S. Court of International Trade

By: _____
                    Deputy Clerk

(As added Dec. 18, 2001, eff. Apr.1, 2002; and amended Aug. 2, 2010, eff. Sept. 1, 2010; Oct. 23, 2025, eff. Dec. 1, 2025.)